UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Diaz,

                        Plaintiff(s),

**O R D E R**

         -against –

7:20-CV-08524 (CS)

VVSB Pharmacy Inc,

                      Defendant(s).
--------------------------------------------------------------X

Seibel, J.

It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: March 2, 2021

      White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.